the two cases alleged to have been taken from his truck were whiskey, on the ground that he did not know of his own knowledge that they contained whiskey.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

■ iAfter the witness testified that the cases contained whiskey, he made the above objection which was overruled. If appellant desired to preserve his objection, he should have asked leave of the court to examine the witness as to the basis of his knowledge, then moved the court to strike the testimony complained of, and reserved his exception upon the failure of the court to do so. This not being done, appellant cannot now complain. Jamar v. State, 142 Tex.Cr.R. 91, 150 S.W.2d 1031.

The judgment of the trial court is affirmed.

Opinion approved by the Court.

DAVIDSON, Commissioner.

Unlawful possession of wine for sale in a dry area is the offense; the punishment, a fine of $100.

The record before us does not contain a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

Opinion approved by the Court.